# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED HUSSEIN MOUSTAPHA-DAGHMASH,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden of Otay Mesa Detention Center, et. al.,<br><br>Respondents. | Case No.:  26-cv-3317-BJC-JAC<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

On May 29, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  June 3, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-3317-BJC-JAC