**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMED HUSSEIN MOUSTAPHA-DAGHMASH, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER LAROSE, Senior Warden of Otay Mesa Detention Center, et. al., <br><br> Respondents. | Case No.:  26-cv-3317-BJC-JAC <br><br> **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 29, 2026, Petitioner Mohamed Hussein Moustapha-Dagmash, a stateless noncitizen originally from Saudi Arabia, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner asserts his continued detention violates 8 U.S.C. § 1231(a)(6) as construed in *Zadvydas v. Davis*, 533 U.S. 678 (2001), and violates the Due Process Clause of the Fifth Amendment.  Respondents filed a return on June 10, 2026, in which they acknowledge Petitioner "is entitled to be released from custody subject to conditions of supervision."  ECF No. 4 at 2.  Petitioner filed a traverse on June 12, 2026, contending he should be released without GPS or other electronic location monitoring.

In light of Respondents' concession that Petitioner is entitled to relief because they

are unable to ascertain facts to establish there is a significant likelihood of removal in the reasonably foreseeable future, the  Court finds Petitioner is entitled to release pursuant to *Zadvydas*.  The Court, however is not empowered "to manage ICE supervision programs" and, therefore, will not limit the conditions Respondents may impose pursuant to applicable procedures.  *Ba v. Lyons*, 2026 WL 218936, at *1 (S.D. Cal. Jan. 27, 2026) (citing 28 U.S.C. § 2241(c)(3).

Accordingly, the Court ORDERS:

1.     The petition for writ of habeas corpus is GRANTED.

2.     Respondents shall immediately release Petitioner under conditions set by Respondents under 8 U.S.C. § 1231(a)(3).

3.     Respondents are ENJOINED from re-detaining Petitioner without following all applicable statutory and regulatory procedures.

4.     Petitioner's request for attorneys' fees is DENIED without prejudice to Petitioner filing an appropriate application for fees.

5.     The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  July 7, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-3317-BJC-JAC